UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALFTECH CORPORATION, et al., | CASE NO. CV F 13-1036 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANTS** (Doc. 12.) |
| vs. | |
| ZIA AGRICULTURAL CONSULTING, , et al., | |
| Defendants. | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendants Zia Agricultural Consulting, Al Perez, Sean Perez, Narciso Parez and Santa Fe Agri, LLC only. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated: **September 10, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1