UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALFTECH CORPORATION, | CASE NO. CV F 13-1036 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 14.) |
| vs. | |
| ZIA AGRICULTURAL CONSULTING, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims against remaining defendants;

2. VACATES all pending matters and dates, including the November 21, 2014 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **September 16, 2013**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

1