UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALFTECH CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZIA AGRICULTURAL CONSULTING, et al,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01036-LJO-SKO<br><br>**AMENDED ORDER TO DISMISS AND CLOSE ACTION** |

　　　Based on plaintiff's notices of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court clarifies it's prior order of September 16, 2013 and issues the following order and:

　　　1.　　DISMISSES with prejudice the claims against DEFENDANTS LS QUIEN SABE, LLC; TEJAS FEEDERS, LTD.; QUALITY BEEF PRODUCERS, LP; MIKE SMITH; MICHAEL D. SMITH; and SMITH CATTLE COMPANY, LTD;

　　　2.　　DISMISSES without prejudice the claims against DEFENDANTS ZIA AGRICULTURAL CONSULTING; AL PEREZ; SEAN PEREZ; NARCISO PEREZ; AND SANTA FE AGRI, LLC; and

　　　3.　　VACATES all pending matters and dates, including the November 21, 2014

1        scheduling conference.

2

3

   IT IS SO ORDERED.
4

5        Dated:   **September 26, 2013**          **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE